# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146765

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FARM BUREAU INSURANCE COMPANY,
      Plaintiff-Appellant,

v

SC:  146765
COA:  306827
Wayne CC:  10-009501-NF

EUCHERIA CHUKWUEKE,
      Defendant,

and

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



h0520

Clerk